United States District Court
Southern District of Texas
**ENTERED**
June 13, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GEOLINK LIMITED (U.K.), | § § | CIVIL ACTION NO. 4:21-cv-00803 |
| Plaintiff, | § § § | |
| vs. | § § § § | JUDGE CHARLES ESKRIDGE |
| MAZAHAR MAHMOOD, *et al*, Defendants. | § § § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Pending is a Memorandum and Recommendation by Magistrate Judge Sam S. Sheldon dated March 18, 2022. Dkt 68. Also pending are objections filed by Plaintiff Geolink Limited (U.K.). Dkt 69.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

Upon *de novo* review and determination, Plaintiff's objections lack merit. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The objections by Plaintiff Geolink Limited (U.K.) to the Memorandum and Recommendation of the Magistrate Judge are OVERRULED. Dkt 69.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 68.

The joint motion by Defendants to dismiss Plaintiff's amended complaint is GRANTED. Dkt 33.

The motions by Defendants to dismiss Plaintiff's original complaint are DENIED AS MOOT. Dkts 22 & 31.

The motions by Plaintiff seeking leave to amend and to supplement are DENIED. Dkts 42 & 54.

All claims asserted by Plaintiff Geolink Limited (U.K.) are DISMISSED WITH PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

Signed on June 13, 2022, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge