United States District Court
Southern District of Texas
**ENTERED**
June 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEOLINK LIMITED (U.K.), | § | CIVIL ACTION NO. |
| | § | 4:21-cv-00803 |
| Plaintiff, | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| MAZHAR MAHMOOD, *et al*, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This civil action is DISMISSED WITH PREJUDICE for the reasons stated in the Opinion and Order entered this same date. Dkt 76.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on June 13, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge