# United States Court of Appeals
## for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
July 20, 2022
Nathan Ochsner, Clerk of Court

A True Copy
Certified order issued Jul 20, 2022

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 22-20354

GEOLINK LIMITED (U.K.),

*Plaintiff—Appellant,*

*versus*

MAZHAR MAHMOOD; PRIME DOWNHOLE HOLDINGS, L.L.C.; PRIME DOWNHOLE MANUFACTURING, L.L.C.; PRIME DOWNHOLE MANUFACTURING, L.L.C., *doing business as* TENSOR DRILLING TECHNOLOGIES; POST OAK ENERGY CAPITAL, L.P.,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-803

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of July 20, 2022, pursuant to appellant's motion.

LYLE W. CAYCE  
Clerk of the United States Court  
of Appeals for the Fifth Circuit

By: _____  
Shawn D. Henderson, Deputy Clerk  
ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 20, 2022

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 22-20354   Geolink Limited v. Mahmood  
                            USDC No. 4:21-CV-803

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Shawn D. Henderson, Deputy Clerk  
                            504-310-7668

cc w/encl:  
    Mr. J. David Cabello  
    Mr. Craig Andrew Stanfield